IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-30051-NJR |
| ) | |
| vs. ) | |
| ) | Title 18, United States Code, |
| JAMES ALLEN RIDDER, ) | Section 2251(a) and (e), and |
| ) | Section 2252A(a)(5)(B) and (b)(1) |
| Defendant. ) | |

**INDICTMENT**

**FILED**

**APR 1 9 2016**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

**COUNT 1**
**POSSESSION OF CHILD PORNOGRAPHY**

On or about September 23, 2015, in Madison County, within the Southern District of Illinois,

**JAMES ALLEN RIDDER,**

defendant herein, did knowingly possess material – namely, a black ITB iOmega LPHD-UP3 external computer hard drive, Serial Number GSAB132A84, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce, by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(1).

**COUNT 2**
**SEXUAL EXPLOITATION OF A MINOR**

Between on or about August 8, 2014, and on or about October 31, 2014, in Madison County, within the Southern District of Illinois,

JAMES ALLEN RIDDER,

defendant herein, did knowingly use a minor under the age of eighteen to engage in sexually explicit conduct – namely, sexual intercourse – for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce – namely, a TB iOmega LPHD-UP3 external computer hard drive, serial number GSAB132A84; all in violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL

_____
JAMES L. PORTER
Acting United States Attorney

_____
STEPHEN B. CLARK
Assistant United States Attorney

Recommended Bond: Detention