IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-30051-NJR |
| | ) | |
| JAMES ALLEN RIDDER, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR CONTINUANCE

Now comes defendant, JAMES ALLEN RIDDER by and through his counsel, Charles H.

Stegmeyer, and in support of his Motion for Continuance states as follows:

1. The above matter is set for plea hearing on September 27, 2016.

2. That attorney for defendant has experienced a severe medical issue and is unable to attend

the hearing on September 27, 2016.   The attorney for defendant is seeking a co-counsel to handle

this matter.

WHEREFORE, defendant, respectfully requests that this Honorable Court grant defendant a

continuance.

Respectfully submitted,


/s/ Charles H. Stegmeyer
Charles H. Stegmeyer #2714728
P.O. Box 24016
Belleville, IL 62223
618-398-4895 (Phone)
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned attorney herby certifies that he has caused a true and correct copy of the foregoing served upon:

Stephen B. Clark
Assistant United States Attorney

Via electronic filing with the Clerk of the Court using CM/ECF system this 26th day of September, 2016.

/s/Charles H. Stegmeyer
CHARLES H. STEGMEYER