FILED

OCT 18 2016

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 16-30051-NJR |
| vs. ) | |
| ) | |
| JAMES ALLEN RIDDER, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The United States and the Defendant hereby agree and stipulate as follows:

1. On September 23, 2015, law enforcement agents executed a validly-issued search warrant at Defendant Ridder's home in Madison County, Illinois, which is in the Southern District of Illinois.

2. As part of the search authorized by warrant, agents seized from Defendant's bedroom a black 1TB iOmega LPHD-UP3 external computer hard drive, Serial Number GSAB132A84. This hard drive had been manufactured outside the state of Illinois and had therefore been mailed, shipped, or transported in or affecting interstate or foreign commerce prior to Defendant's possession of it.

3. Defendant owned the hard drive and saved still and video images on the hard drive.

4. Forensic examination of the computer by law enforcement agents revealed that the hard drive contained the following images of child pornography: three still photographs of Juvenile H constituting the lascivious exhibition of the genitals or pubic area of Juvenile H; twenty-one still photographs of Juvenile P constituting the lascivious exhibition of the genitals or pubic area of Juvenile P; seven still photographs showing Juvenile P engaged in sexual

intercourse with a male; one 25-second video showing a male engaged in sexual intercourse with Juvenile P; and two videos (one a 34-second video; the other an 8-second video) showing Juvenile P engaged in masturbation and partially showing her labia.

5. Juvenile P was 15 years old at the time the above images were made; Juvenile H was 17 years old at the time the above images were made.

6. The above images constituted images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A).

7. Defendant Ridder caused Juveniles H and P to engage in the "sexually explicit conduct" displayed in said images. "Sexually explicit conduct" as used herein is conduct as defined in Title 18 U.S.C. § 2256(2) and U.S. Sentencing Guidelines § 2G2.2. Appln. Note 5(b)).

DONALD S. BOYCE
United States Attorney

_____
JAMES ALLEN RIDDER
Defendant

_____
STEPHEN B. CLARK
Assistant United States Attorney

_____
PAUL STORMENT SR.
Attorney for Defendant

Date: 10/18/16

Date: 10/18/16